CLOSED

# U.S. District Court
# Eastern District of Michigan (Detroit)
# CRIMINAL DOCKET FOR CASE #: 2:26-mj-30706-DUTY-1

Case title: United States of America v. Howard

Date Filed: 11/09/2026

Other court case number: 26mj00073 Western District of Virginia

Date Terminated: 11/13/2026

---

Assigned to: Magistrate Judge Unassigned

**Defendant (1)**

**John Thomas Howard**
*TERMINATED: 11/12/2026*

represented by **James C. Thomas**
James C. Thomas, P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI 48313
586-726-1000
Fax: 586-726-1560
Email: jthomas@orlaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Sworn*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

Rule 5(c)(3) from Western District of Virginia

**Disposition**

---

**Plaintiff**

**United States of America**

represented by **Kenton Craig Welkener , Jr**
DOJ - EDMI - USAO
211 W. Fort St.
Ste 2001
Detroit, MI 48226
313-226-0248

Email: kenton.welkener@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: U.S. Attorney*
*Bar Status: US Government Attorney*

Email All Attorneys
Email All Attorneys and Additional Recipients
Copy Page Link to Clipboard

| Date Filed | # | Docket Text |
|---|---|---|
| 11/09/2026 | 1 | PETITION for Transfer under Rule 5(c)(3) by United States of America as to John Thomas Howard (1). (NAhm) (Entered: 11/09/2026) |
| 11/09/2026 | | Minute Entry for in-person proceedings before Magistrate Judge Anthony P. Patti: Initial Appearance in Rule 5(c)(3) Proceedings as to John Thomas Howard held on 11/9/2026. Defendant has waived the Identity Hearing. **Detention Hearing set for 11/12/2026 01:00 PM** Disposition: Defendant temporarily detained. (Court Reporter: Digitally Recorded) (Defendant Attorney: Daniel Dena stand by counsel) (AUSA: Craig Welkener) (EBut) (Entered: 11/09/2026) |
| 11/09/2026 | 2 | Public Audio File of Initial Appearance in Rule 5(c)(3) Proceedings as to John Thomas Howard held on 11/9/2026 before Magistrate Judge Anthony P. Patti. AUDIO FILE SIZE (3.2 MB) (TMul) (Entered: 11/10/2026) |
| 11/09/2026 | 3 | AMENDED PETITION for Transfer under Rule 5(c)(3) by United States of America as to John Thomas Howard. (NAhm) (Entered: 11/10/2026) |
| 11/09/2026 | 4 | ORDER Regarding Brady Materials as to John Thomas Howard. Signed by Magistrate Judge Anthony P. Patti. (TMul) (Entered: 11/10/2026) |
| 11/09/2026 | 5 | WAIVER of Rule 5 Hearings by John Thomas Howard (TMul) (Entered: 11/10/2026) |
| 11/09/2026 | 7 | ORDER SCHEDULING A DETENTION HEARING AND FOR TEMPORARY DETENTION as to John Thomas Howard Signed by Magistrate Judge Anthony P. Patti. (TMul) (Entered: 11/12/2026) |
| 11/11/2026 | 6 | NOTICE OF ATTORNEY APPEARANCE: James C. Thomas appearing for John Thomas Howard (Thomas, James) (Entered: 11/11/2026) |
| 11/12/2026 | | Minute Entry for in-person proceedings before Magistrate Judge Anthony P. Patti: Detention Hearing Not Held as to John Thomas Howard.(Court Reporter: Digitally Recorded) (Defendant Attorney: Jim Thomas) (AUSA: Craig Walkener) (SHic) (Entered: 11/12/2026) |
| 11/12/2026 | 8 | Public Audio File of Proceeding as to John Thomas Howard held on 11/12/2026 before Magistrate Judge Anthony P. Patti. AUDIO FILE SIZE (2.2 MB) (TMul) (Entered: 11/13/2026) |
| 11/12/2026 | 9 | CONSENT ORDER OF DETENTION PENDING TRIAL as to John Thomas Howard Signed by Magistrate Judge Anthony P. Patti. (TMul) (Entered: 11/13/2026) |
| 11/12/2026 | 10 | ORDER TRANSFERRING DEFENDANT to Answer Charges Pending in the Western District of Virginia and Commitment to that District as to John Thomas Howard. Signed by Magistrate Judge Anthony P. Patti. (TMul) (Entered: 11/13/2026) |
| 11/16/2026 | | TEXT-ONLY NOTICE to Western District of Virginia of Transfer as to John Thomas Howard. Your case number is: 26-mj-00073. Using your PACER account, you may retrieve the docket sheet and any unrestricted documents and text-only entries. Please note the following documents: 7 Order Scheduling a Detention Hearing, 9 Order of Detention Pending Trial, 1 Rule 5(c)(3) Petition for Transfer Proceedings, 3 Rule 5(c)(3) Petition for Transfer Proceedings, 10 Transferring Defendant to Answer Charges, 5 Waiver of Rule 5 Hearings (Formerly Rule 40), 4 Order Regarding Brady Materials (If you require sealed documents or certified copies, please send a request to InterDistrictTransfer_mied@mied.uscourts.gov. If you require a defendant's payment history, please send a request to financial@mied.uscourts.gov.) (SSch) (Entered: 11/16/2026) |