UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
NOV 09 2026
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

Plaintiff

**WAIVER OF RULE 5 AND 5.1 HEARINGS**
**(Excluding Probation Violation Cases)**

v.

Case No. 26-30706
Originating No. 26MJ00073

**JOHN THOMAS HOWARD,**

Defendant.
_______________________________________/

I, **JOHN THOMAS HOWARD** understand that in the **Western District of Virginia** charges are pending alleging a **violation of Conspiracy, Smuggling, Introduction of Misbranded Drugs into Interstate Commerce, Importation of a Drug in Violation of 801(d)(1) of the FDCA, and Importation of a Drug in Violation of 804 of the FDCA** and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of my right to:

1. Retain counsel or request the assignment of counsel if I am unable to afford one.
2. Request transfer of the proceedings to this district pursuant to Fed. R. 20, in order to plead guilty.
3. Have an identity hearing to determine if I am the person named in the charge.
4. Have a preliminary examination (unless and indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me; the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing

( ) preliminary examination

( ) identity hearing and have been informed I have no right to a preliminary hearing

(X) identity hearing but request a preliminary hearing to be held in the district of prosecution

and therefore consent to the issuance of an order requiring my appearance in the prosecuting district where the charges is pending against me.

x ______________________________
Defendant

Date: 11/9/2026

______________________________
Counsel for Defendant

Date: 11/9/2026