2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
NOV 12 2026
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

Plaintiff

v.

Case No. 26-30706
Origination No 26MJ00073

**JOHN THOMAS HOWARD,**

Defendant.
_____________________________________/

## ORDER TRANSFERRING DEFENDANT TO ANSWER TO CHARGES PENDING IN ANOTHER DISTRICT AND COMMITMENT TO THAT DISTRICT

This matter coming before the Court on the Government's Petition for Removal, for the reasons stated on the record and pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, it is hereby ordered that **JOHN THOMAS HOWARD** be held to answer to the charges pending against him in the **Western District of Virginia in the case of United States v. JOHN THOMAS HOWARD.**

Defendant has been ordered detained pursuant to the Bail Reform Act of 1984 (18 U.S.C. Section 3141 et seq.) Accordingly, it is also ordered that the United States Marshals Service take custody of defendant and transport him, together with a certified copy of this order and commitment, to the **Western District of Virginia** and

deliver defendant to the United States Marshals for that district or to some other officer authorized to receive defendant.

Anthony P. Patti

United States Magistrate Judge

Entered: November 12, 2026

RETURN

This commitment was received and executed as follows:

Date Commitment Order Received    Place of Commitment    Date Defendant Committed

Date    United States Marshal    (By) Deputy U.S. Marshal